Muhammad AL–MUJAHIDIN, a/k/a
John Hamilton, Plaintiff–
Appellant,

v.

J. HARRIS; Sharonda Sutton; Percy
Jones; Warden Stevenson; Leroy
Cartledge; Sergeant Esterline; Offi-
cer Beckett, et al, In Their Indivd
Capacitys; Officer Joe Fant, Defen-
dants–Appellees,

and

Inv Beach, Defendant.

No. 15–6210.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 30, 2015.

Decided: Aug. 6, 2015.

Muhammad Al–Mujahidin, Appellant
pro se. Roy F. Laney, Thomas Lowndes
Pope, Jayme Leigh Shy, Damon C. Wlo-
darczyk, Riley, Pope & Laney, LLC, Co-
lumbia, South Carolina, for Appellees.

Before NIEMEYER and HARRIS,
Circuit Judges, and DAVIS, Senior Circuit
Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Muhammad Al–Mujahidin appeals the
district court's order accepting the recom-
mendation of the magistrate judge and
denying relief on his 42 U.S.C. § 1983
(2012) complaint. The district court re-
ferred this case to a magistrate judge pur-
suant to 28 U.S.C. § 636(b)(1)(B) (2012).
The magistrate judge recommended that
relief be denied and advised Al–Mujahidin
that failure to file timely objections to this
recommendation could waive appellate re-
view of a district court order based upon
the recommendation.

The timely filing of specific objections to
a magistrate judge's recommendation is
necessary to preserve appellate review of
the substance of that recommendation
when the parties have been warned of the
consequences of noncompliance. *Wright v.
Collins,* 766 F.2d 841, 845–46 (4th Cir.
1985); *see also Thomas v. Arn,* 474 U.S.
140, 106 S.Ct. 466, 88 L.Ed.2d 435 (1985).
Al–Mujahidin has waived appellate review
of the district court's dismissal of his ex-
cessive-force claim based on collateral es-
toppel by failing to file specific objections
on this issue after receiving proper notice.

With regard to Al–Mujahidin's other
claims, we have reviewed the record and
find no reversible error. Accordingly, we
affirm for the reasons stated by the dis-
trict court. *Al–Mujahidin v. Harris,* No.
9:13–cv–00022–BHH, 2015 WL 366933
(D.S.C. Jan. 27, 2015). We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before this court and argu-
ment would not aid the decisional process.

*AFFIRMED.*